JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| MARK ANDRES TORRES, | ) | No. CV 13-7907-TJH (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| MARTIN BITER, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus be dismissed with prejudice.

DATED: AUGUST 4, 2014

TERRY J. HATTER, JR.
SENIOR UNITED STATES DISTRICT JUDGE